Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK C. MAZZEI; MICHAEL J. MAZZEI; DANIEL S. MAZZEI; SUKHDEEP KAUR MINHAS dba LITTLE BROWN JUG aka LIL BROWN JUG; NAVDEEP SINGH dba LITTLE BROWN JUG aka LIL BROWN JUG;<br><br>    Defendants. | No. 1:14-cv-00532-MCE-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Patrick C. Mazzei; Michael J. Mazzei; Daniel S. Mazzei; Sukhdeep Kaur Minhas; and Navdeep Singh, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 2, 2014                                   MOORE LAW FIRM, P.C.


                                                     /s/ Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorneys for Plaintiff
                                                     Ronald Moore

                                                     HELON & MANFREDO, LLP


                                                     /s/ Donald R. Forbes
                                                     Donald R. Forbes
                                                     Attorneys for Defendants
                                                     Patrick C. Mazzei, Michael J.
                                                     Mazzei, and Daniel S. Mazzei


                                                     /s/ Bruce A. Neilson
                                                     Bruce A. Neilson
                                                     Attorney for Defendants
                                                     Sukhdeep Kaur Minhas and
                                                     Navdeep Singh, both dba Little
                                                     Brown Jug aka Lil Brown Jug

///
///
///
///
///
///
///

**<u>ORDER</u>**

The parties having so stipulated, this action is hereby DISMISSED with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT